# United States Court of Appeals
## For the First Circuit

---

Nos. 03-2252

UNITED STATES OF AMERICA,

Appellee,

v.

RICHARD CASTELLINI,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on December 15, 2004 is amended as follows:

On page 2, line 13, replace "Richard Gonet" with "Michael Gonet".  On page 9, line 10, replace "Dowling" with "Gonet".